**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN M. ZIEGLER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION 15-178-WS-M** |
| | ) |
| **PHH MORTGAGE CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

The parties have filed a joint motion to dismiss based on their settlement. (Doc. 14).  For the reasons set forth therein, the motion is **granted**.  This action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate the action within sixty days from the date of entry of this order if the settlement agreement documentation is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 16th day of July, 2015.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE